UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SUSAN SU,<br><br>　　　　Defendant. | Case No: CR 11-00288 SBA<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS**<br><br>Dkt. 18 |

　　Defendant has filed a motion to dismiss Counts 1 through 12 of the Indictment. Dkt. 18. However, Defendant's motion is now moot in light of the Superseding Indictment filed by the Government on November 10, 2011. Dkt. 21. Accordingly,

　　IT IS HEREBY ORDERED THAT Defendant's motion to dismiss is DENIED AS MOOT.

　　IT IS SO ORDERED.

Dated: December 8, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge