1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-11-00288 SBA |
| --- | --- | --- |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO APRIL 16, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| SUSAN XIAO-PING SU, | ) ) | |
| Defendant. | ) ) ) ) | Date: March 15, 2012<br>Time: 10:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The Court recently reset the March 13, 2012 status conference to March 15, 2012. The parties jointly requested that the hearing in this matter be continued from March 15, 2012 to April 16, 2012 at 10:00 a.m., and that time be excluded under the Speedy Trial Act between March 13, 2012 and April 16, 2012.

Defendant was charged on November 10, 2011 in a 35-count superseding indictment charging with violations of 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 1341 (Mail Fraud);18 U.S.C. § 371 (Conspiracy to Commit Visa Fraud); 18 U.S.C. § 1546(a) (Visa Fraud); 18 U.S.C. § 1001(a)(3) (Use of a False Document); 18 U.S.C. § 1001(a)(2) (False Statement to a Government Agency); 8 U.S.C. § 1324(a)(1)(A) (Alien Harboring); 18 U.S.C. § 1030(a)(3) (Unauthorized Access to a Government Computer); 18 U.S.C. § 1957 (Money Laundering); and 18 U.S.C. § 2 (Aiding and Abetting). On December 22, 2011, the court appointed new defense counsel. Since

that time, the parties have negotiated a protective order to facilitate the transfer of previously produced discovery from Defendant's prior counsel to Defendant's new counsel, Defendant's prior counsel has delivered that discovery, and Defendant's new counsel is currently reviewing it. Defendant's counsel has also requested a copy of the Grand Jury transcript from the presentation of the Superseding Indictment. The discovery consists of voluminous amounts of electronic evidence and documents seized during a series of search warrants from Defendant's office at Tri-Valley University and from her home. Defendant's new counsel requires even more additional time to prepare the case for further disposition. On that basis, the parties anticipate that Defendant's new counsel will be prepared on April 16, 2012 to identify potential pre-trial motions, to request a pre-trial motion briefing schedule, and to set a trial date.

The parties agreed that the extension is not sought for delay. The parties further agreed the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the hearing in this matter is continued from March 13, 2012 to April 16, 2012 at 10:00 a.m. before this Court, and that time between March 13, 2012 and April 16, 2012 is excluded under the Speedy Trial Act to allow for the effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: 3/9/12

HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge