MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

WADE M. RHYNE  (CABN 216799)
HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680/(415) 436-6747
   Fax: (510) 637-3724/(415) 436-7234
   E-Mail: wade.rhyne@usdoj.gov
         hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> SUSAN XIAO-PING SU, ) <br> ) <br>     Defendant. ) <br> _____) | No. CR-11-00288 SBA <br><br> STIPULATION AND ORDER CONTINUING TRIAL DATE TO MAY 13, 2013; SPEEDY TRIAL EXCLUSION |

     The United States of America, by and through its attorneys of record, and defendant Susan SU, by and through her attorney of record, hereby stipulate to continue the trial date in the above-captioned matter from April 15, 2013, to May 13, 2013.  Counsel have inquired of the Court Clerk and are advised that the Court is available for trial on May 13, 2013.

/ / /

/ / /

/ / /

/ / /

STIPULATION & [PROPOSED]
PROTECTIVE ORDER RE: CONFIDENTIAL DISCOVERY
CR 11-0288 SBA

Moreover, the parties agree that it is appropriate to exclude the time between April 15 and May 13, 2013, under the Speedy Trial Act for continuity of counsel and effective preparation of counsel. Counsel for one of the cooperating defendants, Anji Dirisinala, has had to withdraw and new counsel is unavailable in April. Moreover, the additional time is needed by the defense to effectively prepare for trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: __1/7/2013_____  Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
_____
WADE M. RHYNE
HARTLEY M. K. WEST
Assistant United States Attorneys

DATED: __1/7/2013_____  _____/s/_____
ERIK BABCOCK
Counsel For Defendant

The Court hereby reschedules the trial date in the above-captioned matter from April 15, 2013, to May 13, 2013, and excludes the time between those dates under the Speedy Trial Act for continuity of counsel and effective preparation of the defense. The Court finds that the ends of justice served by excluding this time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 1/16/13  _____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE