# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>SUSAN XIAO-PING SU,<br><br>    Defendant. | Case No: CR 11-0288 SBA<br><br>**ORDER RE STIPULATION TO CONTINUE PRETRIAL CONFERENCE**<br><br>Dkt. 59 |

IT IS HEREBY ORDERED THAT the parties' stipulation (Dkt. 59) is approved, subject to the following:

1. The pretrial conference is CONTINUED from April 9, 2013, to <u>May 7, 2013 at 11:00 a.m.</u>

2. By March 19, 2013, the parties shall serve and file their trial memoranda and witness lists; serve and lodge proposed voir dire, proposed verdict forms, a joint set of jury instructions, and disputed proposed instructions; and serve exhibit lists.

3. The parties shall file motions in limine and/or objections to evidence by March 19, 2013. The parties shall file oppositions to motions in limine and/or objections to evidence by March 26, 2013. The parties shall file replies to motions in limine and/or objections to evidence by April 2, 2013. Each side is to file all of their motions in limine in a single memorandum, not to exceed fifteen (15) pages in length. Each side shall file a single opposition brief, not exceed fifteen (15) pages, and a reply brief, not to exceed ten (10) pages. Any request to modify these page limits shall be submitted prior to the due date for the motions.

IT IS SO ORDERED.

Dated: March 12, 2013

*Saundra B Armstrong*

SAUNDRA BROWN ARMSTRONG
United States District Judge